UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK GALVAN, | ) | CASE NO. ED CV 12-1908-GHK (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| RALPH M. DIAZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 2, 2014

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE